UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GERLING GLOBAL, et al.,

        Plaintiffs,

    v.

CHUCK QUACKENBUSH, in his capacity as INSURANCE COMMISSIONER FOR THE STATE OF CALIFORNIA,

        Defendant.

NO. CIV. S-00-0506 WBS JFM
Consolidated Case:
CIV. S-00-613-WBS JFM

ORDER RE: MOTION FOR LEAVE TO TAKE EXPEDITED DISCOVERY

----oo0oo----

Upon consideration of plaintiffs' motion for expedited discovery and defendant's opposition, after hearing the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED that

1. To the extent defendant argues that plaintiffs' attorneys spent excessive time on any motion, matter or issue, defendant shall provide plaintiffs with the number of hours which each of defendant's attorneys spent on that motion, matter or issue.

1

1          2.   If defendant wants the court to consider the rates
2    which defendant's attorneys charged for their services in this
3    case, defendant's attorneys shall provide plaintiff with their
4    standard billing rates charged to other clients in other cases.
5    If defendant's attorneys elect not to provide plaintiffs with
6    such information, the court will not consider the rates
7    defendant's attorneys charged in this case as evidence of the
8    reasonable rate.
9          3.   In all other respects, plaintiffs' motion for
10   expedited discovery is denied.
11   DATED:  January 9, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE