1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN INSURANCE ASSOCIATION and MUNICH REINSURANCE AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JOHN GARAMENDI, in his capacity as the COMMISSIONER OF INSURANCE OF THE STATE OF CALIFORNIA,<br><br>Defendant. | Case No. S-00-613-WBS-JFM<br><br>**JUDGMENT**<br><br>Judge:      The Hon. William B. Shubb<br>Courtroom: 5<br>Date:        May 14, 2007<br>Time:        1:30 p.m. |
| GERLING GLOBAL, et al.,<br><br>Plaintiffs,<br>vs.<br>JOHN GARAMENDI, in his capacity as the COMMISSIONER OF INSURANCE OF THE STATE OF CALIFORNIA,<br><br>Defendant. | Case No. S-00-506-WBS-JFM |

Judgment

1 **JUDGMENT**

2   Pursuant to Rules 54 and 58(a)(2) of the Federal Rules of Civil Procedure, the Court

3 hereby GRANTS the Motion for Attorneys' Fees and Costs filed by plaintiffs American

4 Insurance Association and Munich Reinsurance America, Inc., and pursuant thereto and the

5 stipulation of the parties, the Court hereby awards plaintiffs the sum of four million, four

6 hundred and ninety-six thousand, eight hundred and ninety-seven dollars and eighty-six cents

7 ($4,496,897.86) in attorneys' fees and costs.  The Court's prior judgment, entered on October

8 22, 2001, and as amended on appeal, is modified to reflect this attorneys' fee award.

9   IT IS SO ORDERED.

10 DATED: May 29, 2007

11
12 WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

28709346                    1

Judgment